**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **RAVEN MONTGOMERY,** | ) | |
| | ) | **Case No. 1:24-cv-2231** |
| **Plaintiff,** | ) | |
| | ) | **Honorable John F. Kness** |
| **v.** | ) | |
| | ) | **Mag. Judge Young B. Kim** |
| **WELLBE SENIOR MEDICAL, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**WELLBE'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1
AND NOTIFICATION TO AFFILIATES PURSUANT TO LOCAL RULE 3.2**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 3.2, Defendant, WellBe Senior Medical, LLC, a Delaware limited liability company corporation ("WellBe"), by and through its undersigned counsel, states as follows:

WellBe is a Delaware limited liability company corporation. CPF Wellbe Holdings, LLC is the parent corporation of WellBe. CPF Wellbe Holdings, LLC is not a publicly held corporation. It is a private equity investor in WellBe Medical Services. After a diligent review, WellBe Medical Services has identified no affiliates as defined in Local Rule 3.2.

Dated: May 23, 2024

By: _*/s/ Heather A. Bailey*_____
Heather A Bailey (ARDC #6274501)
Laurie I. Smigielski (ARDC #6297645)
Amundsen Davis, LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 894-3266
Facsimile: (312) 997-1710
hbailey@amundsendavislaw.com
lsmigielski@amundsendavislaw.com

*Attorneys for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 23, 2024, I electronically filed the foregoing **WellBe's Corporate Disclosure Statement Pursuant to F.R.C.P. 7.1 and Notification To Affiliates Pursuant To Local Rule 3.2** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to any non CM/ECF participants.

*/s/ Heather A. Bailey*

Heather A Bailey (ARDC #6274501)
Amundsen Davis, LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 894-3266
Facsimile: (312) 997-1710
hbailey@amundsendavislaw.com
lsmigielski@amundsendavislaw.com

*Attorney for Defendant*

2